# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**TERRENCE CARTER (# 386127)**

**VERSUS**

**UNKNOWN FARRET**

**CIVIL ACTION**

**NO. 19-422-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 11) dated February 14, 2020, to which an objection (Doc. 12) was filed;

**IT IS ORDERED** that Plaintiff's federal claims are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A [1] and that the Court declines to exercise supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's pending Motion for Appointment of Counsel (Doc. 3) is DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 26, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."